# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00999-EWN
Criminal Action No. 01-cr-00148-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOYCE ARNOLD,

    Defendant/Movant.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Nottingham, Judge

    Movant has filed a notice of appeal from this court's final order denying her motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct her sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 13th day of March, 2006.

    BY THE COURT:

    s/ Edward W. Nottingham
    JUDGE, UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO