**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  01-cr-00148-WYD-01

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JOYCE ARNOLD,

                Defendant.

---

**ORDER REVOKING SUPERVISED RELEASE AND
TERMINATING SUPERVISION UNSATISFACTORILY**

---

THIS MATTER was before the Court for a Supervised Release Violation Hearing held on October 29, 2015, upon report of the probation officer that the Defendant violated the conditions of supervision.  The defendant admitted to violations 1, 2, 4, and 5 and violation 3 was withdrawn by the government.  The Court finds that the defendant has violated conditions of supervised release.  Accordingly, it is hereby

ORDERED that the defendant's supervised release is revoked and defendant's supervision is terminated for unsatisfactory compliance, effective November 7, 2015.

DATED at Denver, Colorado, this <u>18th</u> day of November, 2015.

BY THE COURT:


*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE